

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2020

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**GRANTED.**
The Status Conference previously set for December 16, 2020 is rescheduled to February 19, 2021 at 10:30AM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

12/11/2020   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Igartua*, 20 Cr. 460 (LJL)

Dear Judge Liman:

    The Government writes, with the consent of all defense counsel, to request a sixty-day adjournment of the next status conference, currently scheduled for December 16, 2020, so that the parties may further discuss a potential pre-trial resolution of this case. The Government understands that the Court and the defendants are available on February 19, 2021.

    The Government respectfully requests, with the consent of defense counsel, that the time between December 16, 2020, and the next status conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Pursuant to the Court's Individual Practices in Criminal Cases, the Government has included a proposed order for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

By:   /s/
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315

cc: Martin Cohen, Esq.
    Cesar de Castro, Esq.