UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,                 :

         -v-                                        :              20-CR-460 (LJL)

IGARTUA ET AL,                            :              RESCHEDULING
                                                 :              ORDER
                  Defendants.              :
                                                 :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is HEREBY ORDERED that the Status Conference previously set for May 12, 2021 is rescheduled to May 28, 2021 at 12:00PM. Parties are reminded to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court, with consent of all parties, excludes time from May 5, 2021 until May 28, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendants in a speedy trial.

      SO ORDERED.

Dated: May 5, 2021                              _____
       New York, New York                                  LEWIS J. LIMAN
                                                                 United States District Judge