

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2021

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED as to both defendants. The Status Conference previously set for May 28, 2021 is rescheduled to June 28, 2021 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> 5/27/2021
> SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

**Re:** *United States v. Igartua et al.*, 20 Cr. 460 (LJL)

Dear Judge Liman:

      The Government writes, with the consent of defense counsel, to request an approximately thirty-day adjournment of the next status conference, currently scheduled for May 28, 2021. The Government respectfully requests, also with defense counsel's consent, that the time between May 28, 2021, and the next status conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution.

                                                   Respectfully submitted,

                                                   AUDREY STRAUSS
                                                   United States Attorney for the
                                                   Southern District of New York

                              By:    /s/
                                          Kaylan E. Lasky
                                          Assistant United States Attorney
                                          (212) 637-2315

cc: Martin Cohen, Esq.
     Cesar de Castro, Esq.